FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS ROJAS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>INTERNATIONAL PAPER COMPANY, a New York corporation,<br><br>   Defendant. | No. 1:25-CV-03065-SAB<br><br>**ORDER DISMISSING AS MOOT MOTION TO DISMISS, WITH LEAVE TO REFILE** |

  Before the Court are Defendant's Motion to Dismiss Plaintiff's Class Action Complaint or for More Definite Statement, ECF No. 5; and Plaintiff's Motion to Continue Hearing on Defendant's FRCP 12 Motions, ECF No. 10. Plaintiff is represented by Douglas Han, Dean Petitta, and Shunt Tatavos-Gharajeh. Defendant is represented by Clarence Belnavis and Ryan Jones. The motions were considered without oral argument.

  Defendant removed this matter to the U.S. District Court for the Eastern District of Washington on May 15, 2025, and filed its Motion to Dismiss the same day. Pursuant to Fed. R. Civ. P. 15(a), Plaintiff filed his First Amended Complaint on June 5, 2025, ECF No. 8. As such, Defendant's Motion to Dismiss the original Complaint is dismissed as moot and with leave to refile.

**ORDER DISMISSING AS MOOT MOTION TO DISMISS . . . ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss Plaintiff's Class Action Complaint or for More Definite Statement, ECF No. 5, is **DISMISSED as moot** and with leave to refile.

2. Plaintiff's Motion to Continue Hearing on Defendant's FRCP 12 Motions, ECF No. 10, is **DISMISSED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 9th day of June 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER DISMISSING AS MOOT MOTION TO DISMISS . . . ~ 2**