FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS ROJAS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL PAPER COMPANY, a New York corporation,<br><br>　　　　Defendant. | No. 1:25-CV-03065-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

　　Before the Court is the parties' Stipulated Motion for Protective Order, ECF No. 30. The motion was considered without oral argument. Plaintiff is represented by Douglas Han, April Rheaume, Dean Petitta, and Shunt Tatavos-Gharajeh. Defendant is represented by Clarence M. Belnavis and Carmen M. Livengood.

　　The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

　　The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future,

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** \* 1

the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion for Protective Order, ECF No. 30, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 5th day of November 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER \* 2**